UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEL MONTE FRESH PRODUCE N.A., Inc., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA et al., <br><br> Defendants. | C.A. No. 8:11-cv-02338-JFM |

## NOTICE OF DISMISSAL

The Import Alert that is the subject of this case has been lifted. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Del Monte Fresh Produce N.A., Inc. hereby dismisses this case without prejudice.

Respectfully submitted,

　　　　/s/ Daniel G. Jarcho
Daniel G. Jarcho (Bar No. 15291)
Alanna G. Clair (Bar No. 18088)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500 (telephone)
(202) 496-7756 (fax)
djarcho@mckennalong.com
aclair@mckennalong.com

Attorneys for Plaintiff
September 27, 2011　　　　Del Monte Fresh Produce N.A., Inc.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Dismissal was sent via overnight mail this 27th day of September, 2011 to:

Adrienne E. Fowler, Esquire
U.S. Department of Justice
450 5th Street, NW
Suite 6400
Washington DC  20001
*Counsel for Defendants*

              /s/ Daniel G. Jarcho
                Daniel Jarcho, Esquire